IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KHOI DINH HUYNH,

        Petitioner,

  v.

THOMAS L. CAREY, Warden,

        Respondent.
                                       /

No. CV-06-2518 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** Respondent's motion to dismiss the petition is hereby GRANTED. Petitioner's motion for appointment of counsel is hereby DENIED.

Dated: June 9, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk